UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT,<br><br>　　　Defendant. | OLD CASE NO: 2:15-cv-00342 KJM AC<br><br>NEW CASE NO: 1:15-cv-01103 LJO BAM<br><br>ORDER RELATING AND REASSIGNING CASE |

　　　Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to numerous actions before the undersigned, including *Aqualliance, et al. v. United States Bureau of Reclamation, et al.*, 1:15-cv-00754 LJO BAM; *San Luis & Delta-Mendota Water Authority, et al. v. Jewell, et al.*, Lead Case No. 1:09-cv-00407 LJO BAM, and *Natural Resources Def. Council, et al. v. Jewell, et al.*, Case No. 1:05-cv-1207-LJO-BAM, among others. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the currently assigned district judge has not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely

assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected. On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe. **All documents shall bear the new case number: <u>1:15-cv-01103 LJO BAM</u>. The Clerk of Court shall close the Sacramento case and no further documents may be filed therein.**

**IT IS SO ORDERED.**

   Dated: <u>  July 17, 2015  </u>          <u>   /s/ Lawrence J. O'Neill   </u>
                                                               **UNITED STATES DISTRICT JUDGE**