G. CHRISTIAN ROUX (State Bar No. 102272)
EVAN W. WOOLLEY (State Bar No. 286385)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
E-mail: chris.roux@alston.com
         evan.woolley@alston.com

MAUREEN F. GORSEN (State Bar No. 170158)
PAUL J. BEARD II (State Bar No. 210563)
**ALSTON & BIRD LLP**
1115 11th St.
Sacramento, California 95814
Telephone:  (916) 498-3305 (Maureen Gorsen)
             (916) 498-3354 (Paul Beard)
Email:       maureen.gorsen@alston.com
             paul.beard@alston.com

Attorneys for Plaintiff
CENTER FOR ENVIRONMENTAL SCIENCE,
ACCURACY & RELIABILITY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR ENVIRONMENTAL SCIENCE, ACCURACY & RELIABILITY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO REGIONAL COUNTY SANITATION DISTRICT,<br><br>Defendant. | Case No.:  1:15-cv-01103-LJO-BAM<br><br>**[PROPOSED] JOINT STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE AND SUPPLEMENTAL EXPERT DISCLOSURE DATES**<br><br>*[Filed concurrently with Declaration of G. Christian Roux]*<br><br>**Judge: Honorable Lawrence J. O'Neill** |

1  WHEREAS, the October 28th, 2015 Scheduling Order in the above-captioned
2  case provides that the deadline for Expert Disclosures is currently set for April 15th,
3  2016, and that the deadline for Supplemental Expert Disclosures is currently set for
4  May 16th, 2016;

5  WHEREAS, Lead Counsel for the Plaintiff the Center for Environmental
6  Science, Accuracy and Reliability ("CESAR") will be unavailable in the coming
7  weeks due to scheduling issues (see Declaration of G. Christian Roux ("Roux Decl."),
8  ¶ 2);

9  WHEREAS, a short extension of the expert disclosure deadlines will not delay
10 trial in the above-captioned case and will not prejudice either of the Parties (Roux
11 Decl., ¶ 3);

12 WHEREAS, the Defendant Sacramento Regional County Sanitation District
13 ("SRCSD") and CESAR (collectively the "Parties") mutually agree to an extension of
14 the Expert Disclosure and Supplemental Expert Disclosure deadlines to accommodate
15 the schedule of CESAR's Lead Counsel (Roux Decl., ¶ 3).

16 NOW THEREFORE, it is STIPULATED and AGREED by the Parties and the
17 Parties ask the Court to order as follows:

18 Pursuant to Fed. R. Civ. Proc. 16(b)(4), the deadline for Expert Disclosures be
19 extended by 16 days to May 2, 2016;

20 That the deadline for Supplemental Expert Disclosures be extended by 16 days
21 to June 1, 2016; and

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

That all other deadlines in the October 28th, 2015 Scheduling Order remain the same.

DATED: April 1, 2016

G. CHRISTIAN ROUX
MAUREEN F. GORSEN
PAUL J. BEARD II
EVAN W. WOOLLEY
**ALSTON & BIRD LLP**

Evan W. Woolley
Attorneys for Plaintiff Center for Environmental Science, Accuracy & Reliability

DATED: April 1, 2016

FRANCIS M. GOLDSBERRY, II
PAUL S. SIMMONS
**SOMACH SIMMONS & DUNN LLP**

Francis Malcolm Goldsberry, II
Attorneys for Defendant Sacramento Regional County Sanitation District

**ORDER**

IT IS SO ORDERED.

Dated: **April 4, 2016**                /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE